UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN M. HANSON, | ) | No. CV 07-1644-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered awarding Title II disability benefits to plaintiff pursuant to 42 U.S.C. § 423.


DATED: February 11, 2009     /S/ Rosalyn M. Chapman
                             ROSALYN M. CHAPMAN
                             UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1644.jud
2/10/09